1032

[No. 18829-5-II.    Division Two.    October 4, 1996.]
MARY HARRIS, ET AL., *Appellants*, v. PIERCE COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-2-09741-8, Rosanne Buckner, J., entered October 21, 1994. *Affirmed* by unpublished opinion per Turner, J., concurred in by Bridgewater and Armstrong, JJ. Now published at 84 Wn. App. 222.

[No. 18855-4-II.    Division Two.    October 4, 1996.]
THE STATE OF WASHINGTON, *Respondent*, v. JAIME PEREZ-CORONA, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 94-1-00334-5, Randolph Furman, J., entered October 27, 1994. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Houghton, JJ.

[No. 19136-9-II.    Division Two.    October 4, 1996.]
VERNON CROW, ET AL., *Respondents*, v. THE CITY OF RAYMOND, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 93-2-00030-0, Joel M. Penoyar, J., entered February 15, 1995. *Affirmed* by unpublished opinion per Turner, J., concurred in by Seinfeld, C.J., and Armstrong, J.

[No. 19212-8-II.    Division Two.    October 4, 1996.]
THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY DASHANIQUE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-03665-5, Waldo F. Stone, J., entered February 22, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Armstrong, J.